JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:24-cv-02234-SSS-DTBx | Date | March 5, 2025 |
|----------|------------------------|------|---------------|
| Title | *Lillian E. Godau v. The Young Americans, Inc., et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---------------|--------------|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---------------------------------------|---------------------------------------|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE**

The Court previously issued an Order to Show Cause ("OSC") re Dismissal for Lack of Prosecution due to Plaintiff's failure to serve the complaint and summons on one or more Defendants. [Dkt. 9]. Plaintiff was ordered to show cause why the case should not be dismissed by February 12, 2025. [*Id*.]. The Court notes that summonses were issued as to all named Defendants, but Plaintiff has not filed proofs of service for any of them. Furthermore, the February 12, 2025, deadline has long since passed and Plaintiff has failed to file a response to the OSC.

Accordingly, the case is hereby **DISMISSED** for failure to serve. The Clerk is directed to terminate the case.

**IT IS SO ORDERED.**